## Hilbert *v.* New Castle Township, Appellant.

Argued December 7, 1914. Appeals, Nos. 43 and 44, Oct. T., 1914, by defendant, from judgments of C. P. Schuylkill Co., Nov. T., 1911, No. 126, on verdict for plaintiffs in case of James Hilbert and Mary Hilbert, his wife, v. Township of New Castle. Before RICE, P. J., ORLADY, HEAD, KEPHART and TREXLER, JJ. Reversed.

OPINION BY ORLADY, J., May 14; 1915:

The decision of these two appeals is controlled by Tobin and wife v. the same defendant, which was decided by the Supreme Court, March 29, 1915, the facts being the same in each case as they grew out of the same accident. Following the conclusion reached in that case, the judgments in these appeals are reversed and is now entered for the defendant.